COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Felicia Nicole Jones v. Macy's, Eric Limbocker, Citibank, and Houston Federal Credit Union

Appellate case number:   01-14-00143-CV

Trial court case number:   74030

Trial court:                     239th District Court of Brazoria County

The Appellant's "Motion 16 Disqualification or Recusal of Appellate Judge" does not comply with the requirements of Texas Rule of Appellate Procedure 10.1 because it does not state with particularity the grounds on which it is based. *See* TEX. R. APP. P. 10.1(a)(1) ("The motion must state with particularly the grounds on which it is based"). Accordingly, the Clerk of this Court is directed to STRIKE the motion.

It is so ORDERED.

Judge's signature:  /s/ Rebeca Huddle _____
                    ☑ Acting individually    ☐ Acting for the Court

Date: May 8, 2015 _____